# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (914) 872-6907
MY EMAIL ADDRESS IS: MARY.SMITH@JACKSONLEWIS.COM

July 9, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020
```

      Re: Shelby v. C. & J. Clark Retail, Inc., et al.
        Case No.: 1:20-cv-03292

Dear Judge Vyskocil:

  We represent Defendants C. & J. Clark Retail, Inc. d/b/a Clarks and Mr. Benjamin Bunnell (improperly named as "Ben") (collectively, "Defendants") in the above-referenced matter. Pursuant to your Honor's Individual Rules of Practice, we write to respectfully request an adjournment of the Initial Pretrial Conference, which is currently scheduled for July 29, 2020. We request an adjournment because the undersigned will be away on a family vacation the week of July 27th. We have conferred with counsel for the Plaintiff and they have no objection to our request. The Parties have not previously requested an adjournment in this matter. We propose the following alternate dates: August 5 or 12, 2020.

  We thank the Court for its courtesy in this regard.

          Very truly yours,

          JACKSON LEWIS P.C.

          *Mary A. Smith*

          Mary A. Smith

---

The Initial Pretrial Conference is rescheduled for August 19, 2020 at 10:30 AM. SO ORDERED

Date: 7/10/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge