**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020
```

August 11, 2020

<u>**Via ECF**</u>
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

  Re: Joe Shelby v. C. & J. Clark Retail, Inc. et al.
    Case No.: 1:20-cv-03292-MKV

Dear Judge Vyskocil:

  I am counsel of record in the above referenced matter. I write Your Honor to respectfully request an adjournment of the parties' August 19, 2020 Initial Conference, and all pre-conference submissions, in light of the parties' upcoming mediation pursuant to the Southern District of New York's Mediation Program.

  This is Plaintiff's first request for an adjournment of the parties' initial conference. By way of background, Your Honor previously adjourned the parties' Initial Pre-Trial Conference from July 29, 2020 to August 19, 2020. On July 9, 2020, the parties were referred to Southern District of New York's Mediation Program. Last week, we conferred with the assigned mediators, and the parties are tentatively scheduled to participate in a mediation on September 15, 2020. In order to preserve judicial time and resources, we respectfully request that Your Honor adjourn the parties' Initial Pre-Trial Conference to a date *after* the mediation. Defendants' counsel consents to this request.

  We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES, PLLC**

*/s/ Silvia C. Stanciu, Esq.*
Silvia C. Stanciu, Esq.

cc: Mary A. Smith, *Attorneys for Def*

> GRANTED. The Initial Pretrial Conference is adjourned to September 30, 2020 at 10:30AM. Unless otherwise noted, the conference will be held telephonically using the dial-in provided in ECF #10. The Parties deadline to submit the letter and Proposed Case Management Plan is extended to September 22, 2020. SO ORDERED.
>
> Date: 8/13/2020
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge